UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-mj-00056 |
| v. | ) | Charg. Dist. No. DPAED2:18CR00004-002 |
| JEFFREY MCDONALD | ) | U.S. Magistrate Judge Christopher H. Steger |

## MEMORANDUM AND ORDER

JEFFREY MCDONALD ("Defendant") came before the Court on February 18, 2026, after having been arrested by the United States Marshals Service in this judicial district pursuant to an Order signed by United States District Judge John Milton Younge in the United States District Court for the Eastern District of Pennsylvania [Doc. 2]. According to such Order, the arrest warrant was issued "based on the Judgment in Conviction [ECF No. 221] that was entered in this case and the Notice of Escape from Federal Prison dated January 14, 2026 [*id.*]."

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution. The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** Everett Hoagland of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant at the hearing. At the Court's request, AUSA Chris Poole explained to Defendant the reason that he had been brought before the Court following his arrest. Defendant acknowledged that he understood why he had been brought before the Court.

The Court provided a Waiver of Rule 5 & 5.1 Hearing form to Defendant which sets forth Defendant's right to counsel; right to an identity hearing; right to copies of the judgment, warrant and warrant application; right to a preliminary hearing; and right to a detention hearing. The Court explained to Defendant that he had a right to transfer those proceedings to the prosecuting district, which, in this case, is the United States District Court for the Eastern District of Pennsylvania. Following consultation with his counsel, Defendant agreed to waive an identity hearing, production of the judgment, warrant, and warrant application, preliminary hearing, and a detention hearing so that he can request that such proceedings be conducted in the United States District Court for the Eastern District of Pennsylvania at a time set by that Court [Doc. 4].[1]

---

[1] This Court acknowledges that Defendant may not be entitled to the referenced proceedings in either this Court or the United States District Court for the Eastern District of Pennsylvania. Defendant was brought before this Court under unusual circumstances and without complete information. The Clerk of Court in the EDTN was unable to get complete information from the Clerk of Court in the EDPA prior to the hearing. Without such information, the Court afforded Defendant the rights to which he would be entitled had a proceeding been initiated against him under Fed. R. Crim. P. 5, 5.1, or 32.1.

It is, therefore, **ORDERED** that:

1. The United States Marshals Service in the Eastern District of Tennessee shall confer with their counterparts in the Eastern District of Pennsylvania to determine whether Defendant needs to be returned to the United States District Court for the Eastern District of Pennsylvania for further Court proceedings there.

2. Unless the United States District Court for the Eastern District of Pennsylvania directs the United States Marshals Service to return Defendant to that district, the United States Marshals Service for the Eastern District of Tennessee shall simply return Defendant to the custody of the Federal Bureau of Prisons to serve the balance of his sentence.

3. The Clerk of Court for the Eastern District of Tennessee shall promptly transmit all documents relating to this case to the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE